## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**SHONDRELL REED**

      **Plaintiff,**

**VS.**                                  **Case No. 4:16cv342-RH/CAS**

**GREGORY JAMES, SR., et al.,**

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Pending is Plaintinff's motion seeking leave to proceed in forma pauperis, ECF No. 2, and a civil rights complaint, ECF No. 1, submitted pursuant to 42 U.S.C. § 1983.  In an order entered June 28, 2016, Plaintiff was directed to file an amended complaint and an amended financial affidavit by July 26, 2016.  Plaintiff was advised that his failure to respond as instructed would result in a recommendation of dismissal of this action.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863

F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Plaintiff has failed to comply with orders of this court his complaint should now be dismissed without prejudice.[1]

The Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully RECOMMENDED that this case be DISMISSED without prejudice.

IN CHAMBERS at Tallahassee, Florida, this 23rd  day of August, 2016.


 s/ Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

---

[1] Dismissal of this action does not relieve Plaintiff of the obligation to pay the full filing fee in this case.  Thus the court's order granting leave to proceed *in forma pauperis*, in which plaintiff was directed to submit the initial partial filing fee and the agency having custody of plaintiff was instructed to forward monthly payments from Plaintiff's prison account towards the balance due of the filing fee, remains in effect.

Case No. 4:16cv342-RH/CAS

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:16cv342-RH/CAS